IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>RUSSELL RICHARD FINCHER,<br><br>*Defendant*. | Case No. CR-23-197-RAW |

## NOTICE REGARDING FORFEITURE

The United States hereby provides notice to the Court that no property or assets subject to criminal forfeiture exist that are directly linked to the count of conviction in this case and further criminal forfeiture proceedings are deemed unwarranted. Thus, the United States no longer seeks criminal forfeiture of any property in this case. However, as part of his plea agreement, the defendant has agreed to forfeit his interests in certain firearms specifically listed in the plea agreement and turn them over to the United States for disposal at its discretion. (Doc. 31) The seizing agency will accomplish this through its internal policies and guidelines.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

s/    Clay A. Compton
CLAY A. COMPTON, OBA # 19781
Assistant United States Attorney
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5167
(918) 684-5150 FAX
clay.compton@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August ___, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

                                            s/    Clay A. Compton
                                                  CLAY A. COMPTON
                                                  Assistant United States Attorney