IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>**RUSSELL RICHARD FINCHER,**<br><br>*Defendant.* | Case No. CR-23-197-RAW |

**FILED**

NOV 19 2024

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

## NOTICE OF DISMISSAL

**COMES NOW** the plaintiff, United States of America, by and through United States Attorney Christopher J. Wilson and Assistant United States Attorney Joshua Satter, dismisses Counts One and Three of the Indictment [Dkt. No. 2] filed on November 15, 2023, as to **RUSSELL RICHARD FINCHER**, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The defendant has heretofore entered into a plea agreement and pled guilty to Count Two and further prosecution is deemed unwarranted.

Respectfully submitted,

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Joshua Satter*
JOSHUA SATTER, NYBA# 5477112
Assistant United States Attorney

LEAVE GRANTED FOR FILING:

*/s/ Ronald A. White*
RONALD A. WHITE
United States District Judge